# MESTECHKIN LAW GROUP P.C.

Oleg A. Mestechkin
Wing K. Chiu
Nancy Lam

South Brooklyn Office
1733 Sheepshead Bay Road • Suite 29
Brooklyn, NY 11235
212.256.1113
om@lawmlg.com

Times Square Office
1001 Ave of the Americas • 11th Fl.
New York, NY 10018
212.256.1113
om@lawmlg.com

November 24, 2021

**VIA ECF**

Hon. Judge Robert M. Levy, U.S.M.J.
U.S. District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2170

    Re:  *Gov. Employees Insur. Co. v. Zilberman et al.*, **No. 1:20-cv-00209-FB-RML**

Your Honor,

    We represent non-party, Marina Yakubovsky, Trustee of The Daniel Z Irrevocable Living Trust (the "Trust") in the above-referenced action. The Trust filed a motion to quash Plaintiffs' subpoena on November 22, 2021 [**Dkt. 73**], to which Plaintiffs filed opposition on November 24, 2021 **[Dkt 76**]. We write to request a court conference, or oral argument, at the Court's earliest convenience.

    In their Opposition, Plaintiffs argued a basis for relevance that was not disclosed during the meet and confer between the parties on this motion. The Trust seeks argument to respond to Plaintiffs' arguments prior to a decision on the Trusts' motion.

    We thank the Court for its time and consideration.

                                              Respectfully submitted,

                                              */s/ Oleg A. Mestechkin*
                                              Oleg A. Mestechkin, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2021, I served the foregoing document via electronic filing with the Clerk of the Court using the CM/ECF filing system.

>*/s/ Nancy Lam*
>Oleg A. Mestechkin (OM4108)
>Wing K. Chiu, Esq. (WC5637)
>Nancy Lam (NL4630)
>**MESTECHKIN LAW GROUP P.C.**
>1733 Sheepshead Bay Road, Suite 29
>Brooklyn, NY 11235
>Tel. (212) 256-1113
>Fax. (646) 365-2069
>om@lawmlg.com
>wkc@lawmlg.com
>nl@lawmlg.com
>
>*Attorneys for Non-Parties The Daniel Z*
>*Irrevocable Living Trust and Marina Yakubovsky,*
>*Trustee of The Daniel Z Irrevocable Living Trust,*
>*for the purpose of Motion to Quash*